| United States District Court | Southern District of Texas |
|---|---|

Humble Surgical Hospital, LLC, §
§
    Plaintiff, §
§
versus §     Civil Action H-14-3177
§
Aetna Life Insurance Company, et al., §
§
    Defendants. §

## Order to Stay

On the oral motion of Aetna Life Insurance Company, this case is stayed as secondary to *Aetna Life Insurance Company v. Humble Surgical Hospital, LLC*, Civil Action H-12-1206.

Signed on January 8, 2015, at Houston, Texas.

                                                Lynn N. Hughes
                                   United States District Judge